**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand and twenty six,

_____

The Board of Education of the City of New York v. United States Department of Education

_____

**STIPULATION**
Docket Number: 26-1602

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 6/17/2026

Attorney for Appellant

Benjamin Torrance, U.S. Attorney's Office - SDNY

Print Name and Firm

Date: 6/17/2026

Attorney for Appellee

Claude Platton, New York City Law Department

Print Name and Firm