**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty-six.

_____

| | |
|---|---|
| The Board of Education of the City School District of the City of New York, | **ORDER**<br>Docket No. 26-1602 |

        Plaintiff - Appellee,

   v.

United States Department of Education, Linda McMahon, in her capacity as Secretary of the United States Department of Education, Kimberly M. Richey, in her capacity as Assistant Secretary for Civil Rights, Lindsey M. Burke, in her capacity as Deputy Chief of Staff for Policy and Programs,

        Defendants - Appellants.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court