MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty-six.

_____

The Board of Education of the City School District of the City of New York,

        Plaintiff - Appellee,

   v.

United States Department of Education, Linda McMahon, in her capacity as Secretary of the United States Department of Education, Kimberly M. Richey, in her capacity as Assistant Secretary for Civil Rights, Lindsey M. Burke, in her capacity as Deputy Chief of Staff for Policy and Programs,

        Defendants - Appellants.

_____

**ORDER**

Docket No. 26-1602

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*Catherine O'Hagan Wolfe*

MANDATE ISSUED ON 06/18/2026